Case Number: AT 3330-0083

Location of Search:
2023 Wildcat Creek Road, Rock Hill, SC
York County Parcel 599-000-000-1

# Search Warrant Inventory

| Item # | Description |
| --- | --- |
| 1 | ATT Cell Phone from Semi truck sn:LT25HB2001310018551 |
| 2 | wood panels with hinges, one side painted brown with red substance consistent with blood |

On September 25, 2022 at 1555 hours, this inventory was prepared and a copy was provided in the following manner:

____ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

__X__ A copy of this inventory was provided to the following person:

Name: Alethea Watson                         Signature:
Address: 2027 Wilcat Creek Road, Rock Hill, S.C.

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer:                             Witness:

Printed Name:                                  Printed Name:

*[signature]* Date: 2022.10.24 11:44:12 -04'00'

The page image is rotated 180° and heavily faded. Best readable content:

Case Number: AT2390-032

Location of Search:
2023 Wilson Creek Road, Rock Hill, SC
York County Tract No. (797-00-00-041)

## Search Warrant Inventory

| Item | Description |
|---|---|
| 1 | AR-15 (Smith Enterprise) black rifle, serial no. SE7075, mag 5.56 |
| 2 | Wood handle w/ 5 brass and one side grain of brown with red white ice cream cone with brown |

On September 23, 2022 at 1307 hours, this inventory was prepared, and a copy was provided to the following manner:
☐ No person was present to permit it through this inventory and accordingly it was left at the below location.

☐ A copy of this inventory was provided to the following persons:

Name: Austin Wang
Address: 2023 Wilson Creek Road, Rock Hill, SC

I (the executing officer) certify this inventory correctly depicts the items seized pursuant to the search warrant.

Executing Officer: _____
Witness: _____
Printed Name: _____
Typed Name: _____

Date: 2022.10.04
13:40:03 -04'00'