# ATTACHMENT A

2023 Wildcat Creek Rd, Rock Hill, South Carolina 29730
York County Parcel ID number 599-000-000-1
**FOSTER PROPERTY 1**

**Description of the premises to be searched:**

The premises of 2023 Wildcat Creek Rd, Rock Hill, South Carolina 29730. The 1.6-acre property is cleared around the residence, but otherwise surrounded by woods. There is a white house, with a brown curtain around the bottom of the house. There is a brown roof, and the front door is white in color. There is a wheelchair ramp leading up to the front door. There is a small deck in front of the main door, with white railing. There are multiple outbuildings, sheds, vehicles, dogs, and dog kennels on the property.

Wildcat Creek Rd
2023 Wildcat Creek Rd,
Rock Hill, SC 29730
Google
A/FPAC/GEO, York County Government, SC, Map data ©2022
United States

WILDCAT CREEK RD

5990000001
5990000041